**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN WATERWAYS OPERATORS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, )<br>)<br>    Defendant. ) | Case No. 18-cv-12070 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

In compliance with Fed. R. Civ. P. 7.1, Plaintiff American Waterways Operators hereby states that it is not a subsidiary of any corporation and there is no publicly held company that owns 10% or more of its stock.

.

                                                  Respectfully Submitted,

                                                  AMERICAN WATERWAYS OPERATORS,

                                                  By Its Attorneys,

                                                  */s/ George J. Skelly*
                                                  George J. Skelly (BBO# 546797)
                                                  Ronaldo Rauseo-Ricupero (BBO# 670014)
                                                  NIXON PEABODY LLP
                                                  100 Summer Street
                                                  Boston, MA 02110
                                                  617-345-1000
                                                  gskelly@nixonpeabody.com
Dated: October 4, 2018                        rrauseoricupero@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  */s/ George J. Skelly*
                                                  George J. Skelly