# USCG ADMINISTRATIVE RECORD INDEX

# AMERICAN WATERWAYS OPERATORS V. U.S. COAST GUARD, CASE CIV. NO. No. 1:18-cv-12070

| I. NOTICE OF ENVIRONMENTAL ASSESSMENT AND FONSI | | |
|---|---|---|
| Bates Number | Document | Date |
| USCG 0001-02 | 77 Fed. Reg. 45991 Regulated Navigation Area; Buzzard's Bay, MA; Navigable Waterways Within the First Coast Guard District | 08/02/2012 |
| USCG 0003-04 | Regulated Navigation Area: Buzzard's Bay, MA; Navigable Waterways Within the First Coast Guard District | 02/26/2014 |
| II. ENVIRONMENTAL ASSESSMENT | | |
| Bates Number | Document | Date |
| USCG 0005-100 | Draft Environmental Assessment for Implementation of Revisions to the RNA Governing Maritime Transport of Petroleum Products and Other Hazardous Materials on Buzzards Bay, Massachusetts | 07/18/2012 |
| USCG 0101-231 | Final Environmental Assessment for Amendments to the Regulated Navigation Area Requirements in Effect for Buzzards Bay Prior to 2007 | 02/03/2014 |
| USCG 0232-34 | Notice of availability of Final Environmental Assessment (EA) and Finding of No Significant Impact | 02/04/2014 |
| III. PUBLIC COMMENTS FOR ENVIRONMENTAL ASSESSMENT | | |
| Bates Number | Document | Date |
| USCG 0235 | Comments from David Russell Ellis | 08/07/2012 |
| USCG 0236 | Comments from Emily L. Ferguson | 08/31/2012 |
| USCG 0237 | Comments from John Henry Harwood | 09/04/2012 |
| USCG 0238-39 | Comments from Kirby Offshore Marine, LLC | 09/04/2012 |
| USCG 0240-41 | Comments from American Waterways Operators | 09/04/2012 |
| USCG 0242 | Comments from Richard Anthony Caruso | 09/04/2012 |
| USCG 0243 | Comments from Diana M. Prince | 09/04/2012 |
| USCG 0244 | Comments from Joseph Myerson | 09/04/2012 |
| USCG 0245 | Comments from Jay Carlisle Smith | 09/04/2012 |
| USCG 0246 | Comments from Edward B. Baker | 09/04/2012 |
| USCG 0247-639 | Comments from Buzzards Bay Coalition | 09/04/2012 |
| USCG 0640 | Comments from Tom Gidwitz | 09/04/2012 |
| USCG 0641 | Comments from Lorene Anne Sweeney | 09/04/2012 |
| USCG 0642 | Comments from Weston V. Cantor | 09/04/2012 |
| USCG 0643 | Comments from Suzanne Kuffler | 09/04/2012 |

| USCG 0644 | Comments from Mark Bourne | 09/04/2012 |
| USCG 0645-955 | Comments from Office of the Attorney General, Commonwealth of Massachusetts | 09/05/2012 |
| USCG 0956-57 | Comments from Therese Murray, President, Massachusetts Senate | 09/05/2012 |
| USCG 0958 | Comments from Christopher M. Markey | 09/05/2012 |
| USCG 0959-60 | Comments from the Honorable Barney Frank and Bill Keating | 09/05/2012 |
| USCG 0961 | Comments from Anonymous | 09/05/2012 |
| USCG 0962-67 | Comments from Commonwealth of Massachusetts, Department of Environmental Protection | 09/05/2012 |
| USCG 0968-69 | Comments from Commonwealth of Massachusetts, Division of Fisheries & Wildlife | 09/06/2012 |
| USCG 0970-94 | Comments from Petition Signers | 09/07/2012 |
| USCG 0995-96 | Comments from Robert M. Koczera | 09/11/2012 |
| USCG 0997-98 | Comments from Commonwealth of Massachusetts, Division of Marine Fisheries | 09/12/2012 |
| USCG 0999-1000 | Comments from the Honorable Timothy R. Madden | 09/14/2012 |
| USCG 1001-02 | Comments from the Honorable Mark Montigny | 09/20/2012 |
| USCG 1003 | Comments from the Honorable John F. Kerry | 09/27/2012 |
| USCG 1004-05 | Comments from the Honorable F.D. Cabral | 10/04/2012 |
| USCG 1006 | Comments from Anonymous | 10/25/2013 |
| USCG 1007-1221 | Comments from Buzzards Bay Coalition | 01/03/2014 |

## IV. ADVANCED NOTICE OF PROPOSED RULEMAKING

| Bates Number | Document | Date |
| --- | --- | --- |
| USCG 1222-25 | 78 Fed. Reg. 40651 Regulated Navigation Area; Special Buzzards Bay Vessel Regulation, Buzzards Bay, MA | 07/08/2013 |
| USCG 1226-27 | 78 Fed. Reg. 59902 Regulated Navigation Area; Special Buzzards Bay Vessel Regulation, Buzzards Bay, MA | 09/30/2013 |

## V. DATA FOR 78 FED. REG. 40651

| Bates Number | Document | Date |
| --- | --- | --- |
| USCG 1228-343 | Buzzard's Bay Risk Assessment | 01/22/2013 |
| USCG 1344-1419 | Technical Peer Review of the Buzzards Bay Risk Assessment | 10/24/2013 |

## VI. PUBLIC COMMENTS FOR 78 FED. REG. 40651

| Bates Number | Document | Date Posted |
| --- | --- | --- |
| USCG 1420-21 | Comments from Buzzards Bay Coalition | 09/03/2013 |
| USCG 1422 | Comments from Jessica Anonymous | 09/23/2013 |
| USCG 1423-25 | Comments from Massachusetts Department of Environmental Protection | 09/23/2013 |
| USCG 1426 | Comments from William Griffiths | 09/23/2013 |

| USCG 1427 | Comments from CJ Loomis | 09/23/2013 |
| USCG 1428-29 | Comments from Gary Oliveira | 10/03/2013 |
| USCG 1430-31 | Comments from Thomas L. Bushy | 10/04/2013 |
| USCG 1432-1503 | Comments from Petition Signers | 10/10/2013 |
| USCG 1504 | Comments from Anonymous | 12/04/2013 |
| USCG 1505-06 | Comments from Town of Dartmouth | 12/04/2013 |
| USCG 1507-08 | Comments from Senator Therese Murray | 12/04/2013 |
| USCG 1509 | Comment from Jonathan Talamo | 12/04/2013 |
| USCG 1510 | Comments from Jennifer J. Sylvia | 12/04/2013 |
| USCG 1511-13 | Comments from Commonwealth of Massachusetts, Executive Office of Energy and Environmental Affairs, Office of Coastal Zone Management | 12/04/2013 |
| USCG 1514 | Comments from Donald Rudnick | 12/04/2013 |
| USCG 1515 | Comments from Jonathan F. Mitchell, Mayor of the City of New Bedford | 12/04/2013 |
| USCG 1516 | Comments from Nancy Jordan | 12/04/2013 |
| USCG 1517-18 | Comments from Senator Michael J. Rodrigues | 12/04/2013 |
| USCG 1519 | Comments from Sarah Brownell | 12/04/2013 |
| USCG 1520 | Comments from Don Burton | 12/04/2013 |
| USCG 1521-639 | Comments from Buzzards Bay Coalition | 12/04/2013 |
| USCG 1640-41 | Comments from Town of Westport | 12/04/2013 |
| USCG 1642 | Comments from Hugh Blair-Smith | 12/04/2013 |
| USCG 1643 | Comments from Anonymous | 12/04/2013 |
| USCG 1644-45 | Comments from Senator Mark Montigny | 12/04/2013 |
| USCG 1646-47 | Comments from Representative Susan W. Gifford | 12/04/2013 |
| USCG 1648 | Comments from Harold Burstyn | 12/04/2013 |
| USCG 1649-54 | Comments from American Waterways Operators | 12/09/2013 |
| USCG 1655-56 | Comments from Town of Fairhaven | 12/09/2013 |
| USCG 1657 | Comments from Anonymous | 12/09/2013 |
| USCG 1658 | Comments from Anonymous | 12/09/2013 |
| USCG 1659-61 | Comments from the Honorable Elizabeth Warren, Edward Markey, and Bill Keating | 12/09/2013 |
| USCG 1662 | Comments from the Honorable Timothy R. Madden | 12/09/2013 |
| USCG 1663-70 | Comments from State of Massachusetts District Three Full Branch & Warrant Pilots | 12/09/2013 |
| USCG 1671-72 | Comments from the Town of Marion | 12/09/2013 |
| USCG 1673 | Comments from Anonymous | 12/09/2013 |
| USCG 1674-758 | Comments from the Commonwealth of Massachusetts, Department of Environmental Protection | 12/09/2013 |
| USCG 1759 | Comments from Captain E. Howard McVay, Jr. | 12/09/2013 |
| USCG 1760-61 | Comments from the Town of Mattapoisett | 12/09/2013 |
| USCG 1762-63 | Comments from the Honorable Antonio Cabral | 12/09/2013 |

| USCG 1764-65 | Comments from the Honorable William Straus | 12/09/2013 |
|---|---|---|
| USCG 1766-67 | Comments from the Town of Fairhaven | 12/13/2013 |
| USCG 1768-69 | Comments from the Town of Westport | 12/13/2013 |
| USCG 1770-71 | Comments from the Town of Gosnold | 12/13/2013 |

## VII. MEETINGS

| Bates Number | Document | Date |
|---|---|---|
| USCG 1721-22 | Invitation to Attend Buzzards Bay Conditional Escort Tug Workgroup Meeting [PII redacted] | 07/16/2013 |
| USCG 1723-29 | Presentation for Buzzards Bay Risk Assessment Peer Review Group Meeting | 08/05/2013 |
| USCG 1730-35 | Buzzards Bay Conditional Escort Tug Workgroup Meeting Summary | 08/14/2013 |
| USCG 1736 | News Release: Coast Guard announces Ports and Waterways Safety Assessment on Buzzards Bay, seeks participants | 12/07/2017 |
| USCG 1737-53 | Ports & Waterways Safety Assessment (PAWSA) Public Information Webinar Slideshow | 01/10/2018 |
| USCG 1754-90 | Buzzards Bay Ports and Waterways Safety Assessment Attendee Letter and Read-ahead Package [PII redacted] | 01/12/2018 |
| USCG 1791-92 | Buzzards Bay Ports and Waterways Safety Assessment Introductory Remarks | 02/07/2018 |
| USCG 1793-834 | Ports and Waterways Safety Assessment Day 1 Slideshow | 02/07/2018 |
| USCG 1835-49 | Ports and Waterways Safety Assessment Day 2 Slideshow | 02/08/2018 |
| USCG 1850-53 | Buzzards Bay Ports and Waterways Safety Assessment 7-8 February 2018 Attendance List | 02/07/2018, 02/08/2018 |
| USCG 1854-61 | Sector Southeastern New England Port Safety & Security Forum Buzzards Bay Presentation | 11/06/2018 |

## VIII. REPORTS

| Bates Number | Document | Date |
|---|---|---|
| USCG 1862-905 | Ports and Waterways Safety Assessment Report | 06/01/2018 |

## IX. MISCELLANEOUS

| Bates Number | Document | Date |
|---|---|---|
| USCG 1906-2000 | Annual Massachusetts Department of Environmental Protection MOSPRA Reports 2011, 2012, 2013, 2014, and 2015 | Various |
| USCG 2001-03 | Buzzards Bay Preemption Discussion Pre-Brief [Deliberative Process Material Redacted] | 07/24/2017 |
| USCG 2004 | Marine Casualties in Buzzards Bay 2012-18 | 02/07/2018 |
| USCG 2005-07 | Post-PWSA Workshop Presentation | 02/14/2018 |
| USCG 2008-36 | Buzzards Bay Escort Tug Assists 2011-16 | 02/28/2018 |

| USCG 2037-38 | Letter to CAPT Byron Black from Brian Vahey, Senior Manager of AWO Atlantic Region [PII redacted] | 05/06/2018 |
| --- | --- | --- |
| USCG 2039 | Letter to Brian Vahey from CAPT Black [PII redacted] | 05/07/2018 |
| USCG 2040-41 | Buzzards Bay Courses of Action White Paper [Deliberative Process Material Redacted] | 05/08/2018 |
| USCG 2042-43 | Letter to CAPT Byron Black from Brian Vahey, Senior Manager of AWO Atlantic Region [PII redacted] | 05/30/2018 |
| USCG 2044 | Letter to Brian Vahey from CDR Kistner [PII redacted] | 05/31/2018 |
| USCG 2045-54 | District 1 Way Ahead Presentation for Buzzards Bay [Deliberative Process Material Redacted] | 09/07/2018 |