UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN WATERWAYS OPERATORS, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD )<br>)<br>Defendant. ) | Case No. 1:18-cv-12070 |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD
BY THE UNITED STATES COAST GUARD**

I, Brian Judge, hereby declare:

1. I am employed by the United States Coast Guard within the Department of Homeland Security. I have been employed by the U.S. Coast Guard as a civilian for over five years as the Chief of the Office of Claims and Litigation within the Office of the Judge Advocate General. I also served on active duty in the Coast Guard for over twenty-four years. I am one of the individuals responsible for compiling the agency's administrative record in the above-captioned case.

2. As Chief of the Office of Claims and Litigation, my duties include advising Coast Guard programs on matters that are or may be involved in litigation and providing any necessary litigation support to the Department of Justice. In connection with these duties, I have knowledge of the record-keeping practices of the Coast Guard relating to both litigation and rulemakings.

3. The above-referenced action alleges that the U.S. Coast Guard failed to comply with the court's remand order in *United States v. Massachusetts*, Civ. A. No. 1:05-cv-10112 (D. Mass).

4. The documents listed in the accompanying Index of Administrative Record and filed with the Court are, to the best of my knowledge, a true, correct and complete copy of the administrative record in this matter since the court's remand order in 2011.

5. Privileged documents reflecting internal agency deliberations have been redacted in the administrative record. Only the portions of a document containing privileged information have been redacted. Additionally, information protected by the Privacy Act of 1974, as amended, 5 U.S.C. § 552, has been redacted from the record.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2019

*[signature]*
Brian Judge