IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN WATERWAYS OPERATORS,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>   Defendant. | No. 1:18-cv-12070<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD SUPPLEMENT** |

Defendant hereby provides notice of the manual filing of the U.S. Coast Guard's Administrative Record Supplement. The Administrative Record Supplement is contained on one DVD. The updated index to the Administrative Record is attached as Exhibit 1, and the certification of the supplemented Administrative Record is attached as Exhibit 2. Copies of the DVD containing the Administrative Record Supplement will be sent by FedEx to Plaintiff's counsel and the Court.

DATE: March 22, 2019

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division


 /s/ Luther L. Hajek
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
E-mail: luke.hajek@usdoj.gov

ANDREW E. LELLING
United States Attorney

                    Michael Sady (BBO #552934)
                    Assistant U.S. Attorney
                    U.S. Attorney's Office
                    1 Courthouse Way, Suite 9200
                    Boston, MA  02210
                    (617) 748-3100
                    E-mail: Michael.Sady@usdoj.gov

                    *Counsel for Defendant*

OF COUNSEL:

Brian Judge
United States Coast Guard

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2019, I filed a true and correct copy of the foregoing document with the Court's CM/ECF system, which will generate a Notice of Filing to the attorneys of record.

/s/ Luther L. Hajek
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

*Counsel for Defendant*