**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN WATERWAYS OPERATORS <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> Defendant. | No. 18-cv-12070-DJC |

## DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 and the Scheduling Order issued by this Court on April 25, 2019, Defendant United States Coast Guard hereby moves for summary judgment in this action. The grounds for the motion are set forth in the accompanying memorandum of points and authorities. The underlying facts are set forth in a Statement of Undisputed Material Facts filed with this motion.

Defendant respectfully requests that its motion be granted and that the Court deny Plaintiff's request for mandamus to compel agency action under 5 U.S.C. § 706(1).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant requests oral argument on its motion for summary judgment, according to the Court's scheduling requirements.

DATE: May 31, 2019               Respectfully submitted,

                                 JEAN E. WILLIAMS
                                 Deputy Assistant Attorney General
                                 Environment and Natural Resources Division


                                  */s/ Luther L. Hajek*
                                 LUTHER L. HAJEK
                                 Trial Attorney, Natural Resources Section
                                 United States Department of Justice
                                 Environment & Natural Resources Division
                                 999 18th St., South Terrace, Suite 370
                                 Denver, CO 80202
                                 Telephone: 303-844-1376
                                 Facsimile: 303-844-1350
                                 E-mail: luke.hajek@usdoj.gov

                                 MICHAEL S. SAWYER
                                 Trial Attorney, Natural Resources Section
                                 United States Department of Justice
                                 Environment & Natural Resources Division
                                 601 D St. NW
                                 Washington, DC 20004
                                 Telephone: 202-514-5273
                                 E-mail: michael.sawyer@usdoj.gov

                                 ANDREW E. LELLING
                                 United States Attorney

                                 Michael Sady (BBO #552934)
                                 Assistant U.S. Attorney
                                 U.S. Attorney's Office
                                 1 Courthouse Way, Suite 9200
                                 Boston, MA  02210
                                 (617) 748-3100
                                 E-mail: Michael.Sady@usdoj.gov

                                 *Counsel for Defendant*

OF COUNSEL:

Brian Judge
Heather Kennealy
United States Coast Guard

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, I filed a true and correct copy of the foregoing document with the Court's CM/ECF system, which will generate a Notice of Filing to the attorneys of record.

/s/ *Michael S. Sawyer*
MICHAEL S. SAWYER
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
601 D St. NW
Washington, DC 20004
Telephone: 202-514-5273
E-mail: michael.sawyer@usdoj.gov