**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN WATERWAYS OPERATORS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES COAST GUARD,<br><br>    Defendant. | No. 18-cv-12070-DJC |

## DEFENDANT'S NOTICE OF NON-OPPOSITION TO THE COMMONWEALTH OF MASSACHUSETTS MOTION FOR LEAVE TO INTERVENE AS A DEFENDANT

Defendant United States Coast Guard hereby responds to the Commonwealth of Massachusetts Motion for Leave to Intervene as a Defendant, D. 38.  Prospective Intervenor the Commonwealth of Massachusetts represents that it seeks simply "to file an opposition to AWO's motion for summary judgment without the need to reschedule [the Court's August 28] hearing or delay the resolution of this action on the merits."  Mem. of Law in Supp. of the Commonwealth of Mass. Mot. for Leave to Intervene as a Def., D. 39, at 1.  Based on the understanding that intervention will not delay the expeditious resolution of this case, Defendant does not oppose the Commonwealth's motion.

DATE: June 14, 2019                     Respectfully submitted,

                                        JEAN E. WILLIAMS
                                        Deputy Assistant Attorney General
                                        Environment and Natural Resources Division


                                         /s/ Michael S. Sawyer
                                        LUTHER L. HAJEK
                                        Trial Attorney, Natural Resources Section
                                        United States Department of Justice
                                        Environment & Natural Resources Division
                                        999 18th St., South Terrace, Suite 370
                                        Denver, CO 80202
                                        Telephone: 303-844-1376
                                        Facsimile: 303-844-1350
                                        E-mail: luke.hajek@usdoj.gov

                                        MICHAEL S. SAWYER
                                        Trial Attorney, Natural Resources Section
                                        United States Department of Justice
                                        Environment & Natural Resources Division
                                        601 D St. NW
                                        Washington, DC 20004
                                        Telephone: 202-514-5273
                                        E-mail: michael.sawyer@usdoj.gov

                                        ANDREW E. LELLING
                                        United States Attorney

                                        Michael Sady (BBO #552934)
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3100
                                        E-mail: Michael.Sady@usdoj.gov

                                        *Counsel for Defendant*

OF COUNSEL:

Brian Judge
Heather Kennealy
United States Coast Guard

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, I filed a true and correct copy of the foregoing document with the Court's CM/ECF system, which will generate a Notice of Filing to the attorneys of record.

/s/ *Michael S. Sawyer*
MICHAEL S. SAWYER
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
601 D St. NW
Washington, DC 20004
Telephone: 202-514-5273
E-mail: michael.sawyer@usdoj.gov