**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN WATERWAYS OPERATORS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES COAST GUARD,  )<br>)<br>Defendant.  )<br>) | No. 18-cv-12070-DJC |

**DEFENDANT'S MEMORANDUM IN PARTIAL OPPOSITION TO MOTION OF THE BUZZARDS BAY COALITION FOR LEAVE TO INTERVENE**

Defendant United States Coast Guard hereby responds to the Motion of the Buzzards Bay Coalition for Leave to Intervene, D. 34.  Prospective Intervenor the Buzzards Bay Coalition (the "Coalition") seeks to intervene as a defendant and "requests that the Court permit the Coalition to file an opposition to Plaintiff's Motion for Summary Judgment within a reasonable time." *Id.* To the extent that the Coalition, like the Commonwealth of Massachusetts, seeks simply to file its opposition brief without delaying the scheduled August 28 hearing or otherwise delaying the resolution of this case, the United States does not oppose the Coalition's intervention request.

The United States does, however, oppose any attempt by the Coalition to reopen discovery or challenge the administrative record in this case.  The Coalition's memorandum in support of its intervention motion is unclear about its intentions in this regard.  *See* Mem. of Buzzards Bay Coalition in Supp. of Mot. to Intervene, D. 35 ("Mem.").  For example, the Coalition claims that its presence will contribute to a "fully developed record" without "imped[ing] the discovery process." *Id.* at 9.  But Plaintiff and Defendant have already resolved

the content of the administrative record[1] and filed their summary judgment briefs.  Because the present parties have already taken formal positions based on the existing record, they would be prejudiced by further record development at this late stage.

Nor is there good cause for the Coalition's belated intervention request.  The First Circuit has "made it pellucidly clear that Rule 24's timeliness requirement is of great importance." *Banco Popular de Puerto Rico v. Greenblatt*, 964 F.2d 1227, 1230–31 (1st Cir. 1992) (finding a "failure to act for over three months, though armed with full knowledge, to be inexpiable"). Here, the Complaint was filed more than seven months[2]—and Plaintiff requested an order permitting the prior litigation to be "returned to active status for final disposition on underlying constitutional merits" more than three months[3]—before the Coalition moved to intervene.  The Coalition's only explanation for its delay is that it thought the present parties were resolving issues regarding the "administrative record and/or . . . discovery," rather than engaging in summary judgment briefing over the spring.  Mem. at 6.  Having decided to sit out the period when it thought the present parties were resolving administrative record and discovery disputes, the Coalition cannot now seek to raise its own concerns about those issues.  *See Greenblatt*, 964 F.2d at 1230 ("a party must move to protect its interest no later than when it gains some actual knowledge that a measurable risk exists").

For the foregoing reasons, the United States does not oppose the Coalition's request to file promptly an opposition brief to Plaintiff's summary judgment motion.  But the Coalition should not be permitted to reopen discovery or otherwise delay resolution of this case, given the late hour of its intervention request.

---

[1] *See* Joint Mot. for Entry of Scheduling Order, D. 26, at 1.
[2] *See* Compl., D. 1.
[3] *See* Joint L.R. 16.1(D) Statement & Mot. for Entry of Scheduling Order, D. 19, at 1–2.

DATE: June 14, 2019                    Respectfully submitted,

                                    JEAN E. WILLIAMS
                                    Deputy Assistant Attorney General
                                    Environment and Natural Resources Division

                                    */s/ Michael S. Sawyer*
                                    LUTHER L. HAJEK
                                    Trial Attorney, Natural Resources Section
                                    United States Department of Justice
                                    Environment & Natural Resources Division
                                    999 18th St., South Terrace, Suite 370
                                    Denver, CO 80202
                                    Telephone: 303-844-1376
                                    Facsimile: 303-844-1350
                                    E-mail: luke.hajek@usdoj.gov

                                    MICHAEL S. SAWYER
                                    Trial Attorney, Natural Resources Section
                                    United States Department of Justice
                                    Environment & Natural Resources Division
                                    601 D St. NW
                                    Washington, DC 20004
                                    Telephone: 202-514-5273
                                    E-mail: michael.sawyer@usdoj.gov

                                    ANDREW E. LELLING
                                    United States Attorney

                                    Michael Sady (BBO #552934)
                                    Assistant U.S. Attorney
                                    U.S. Attorney's Office
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3100
                                    E-mail: Michael.Sady@usdoj.gov

                                    *Counsel for Defendant*

OF COUNSEL:

Brian Judge
Heather Kennealy
United States Coast Guard

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 14, 2019, I filed a true and correct copy of the foregoing document with the Court's CM/ECF system, which will generate a Notice of Filing to the attorneys of record.

                                            /s/ *Michael S. Sawyer*
                                            MICHAEL S. SAWYER
                                            Trial Attorney, Natural Resources Section
                                            United States Department of Justice
                                            Environment & Natural Resources Division
                                            601 D St. NW
                                            Washington, DC 20004
                                            Telephone: 202-514-5273
                                            E-mail: michael.sawyer@usdoj.gov